IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

IN RE: )
 )
WILLIAM LOYD CALAHAN and ) Bk. No. 12-01993-KML1-7
SHERRY JUSTENE CALAHAN, )
 )
 Debtor(s). )

**TRUSTEE'S REPORT OF SALE**

Comes now the trustee, Eva M. Lemeh, and makes the following report of the sale**:**

|   | INFORMATION | SALE TYPE |
|---|---|---|
| A | Itemized statement of property sold: | Debtors' half interest in real property located at 5747 Old Natchez Trace, Primm Springs TN 38476. |
| B | List of bidders: | Jeffrey Tommy Potts |
| C | Number of participating bidders: | Private sale |
| D | Name of each buyer: | Jeffrey Tommy Potts |
| E | Price received for each item or lot: | $15,000.00 |
| F | Date(s) of sale: | 3/30/13 |
| G | Time & place of sale: | Private sale |
| H | Opening, closing dates and time of sale: | See statement in G above |
| I | Calculation of compensation allowable under appointment order | None |
| J | Copies of sale advertisements, summary listing of advertising expenses, itemized mailing costs & expenses: | None |
| K | All other costs, expenses, liens, etc. itemized: | None |

Notice of this sale was provided to all creditors and parties in interest by Trustee's Notice Proposed Sale of Property mailed on 3/5/13, Order entered on 3/29/13. By signature below, the Trustee hereby certifies that no objections were timely filed.

The following property was abandoned subsequent to the sale, withdrawn from the sale, missing at the time of the sale, or sold for below its appraised value or reasonable value: None.

sale: The following parties claim to have a perfected security interest in the proceeds of the None.

Gross sales totaled: $15,000.00

Personal Exemption: $0.00

Dated: May 1, 2013

RESPECTFULLY SUBMITTED,
/s/Eva M. Lemeh, Trustee
Eva M. Lemeh, Trustee
(#012153)
4300 Kings Lane
Nashville, TN 37218
(615) 876-4862; (615) 691-7382 (fax)
elemehtrustee@comcast.net

cc: U. S. Trustee