IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

WILLIAM LOYD CALAHAN and
SHERRY JUSTENE CALAHAN,

Debtor(s)

CASE NO. 12-01993-KML1-7

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Comes now Eva M Lemeh, trustee of the above-captioned bankruptcy estate, and reports the following:

1. Ninety (90) days have passed since the final distribution was made in this case pursuant to 11 U.S.C. § 726. The trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution were issued, the amount of such checks, and the last known address of the payees are:

| NAME AND ADDRESS | AMOUNT | CLAIM NO. |
|---|---|---|
| ETrade Bank<br>2730 Liberty Avenue<br>Pittsburg, PA 15222 | $23,435.36 | Real Estate Lien |

2. The trustee's check in the amount of $23,435.36, payable to the Clerk of the U.S. Bankruptcy Court, is attached to this report.

Dated this 7th day of March, 2014.

RESPECTFULLY SUBMITTED,

/s/ Eva M. Lemeh
Eva M. Lemeh, Trustee
BPR #012153
4300 Kings Lane
Nashville, TN 37218
(615) 876-4862; (615) 691-7382 (fax)
elemehtrustee@comcast.net